P. Andrew Sterling (AZ Bar No. 030471)
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona  85718
Telephone:  (520) 792-4800
Facsimile:  (520) 529-4262
Email: asterling@rllaz.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Roe Dancer,<br><br>     Plaintiff,<br><br>v.<br><br>Stetson Desert Project, LLC, *et al.*,<br><br>     Defendants. | Case No. 2:16-cv-00408-PHX-SMM<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE CASES AND PRELIMINARY PRETRIAL CONFERENCE DATES** |

Plaintiff, pursuant to Rule 42 of the Federal Rules of Civil Procedure and LRCiv 42, hereby files this motion to consolidate the instant case with Case No. 2:15-cv-02563 (*Tijerino v. Stetson Desert Project et al.*) and Case No. 2:15-cv-02564 (*Toliver v. Stetson Desert Project et al.*). Because a preliminary pretrial conference has been scheduled on July 5, 2016 at 2:00p.m. for the latter two cases and on July 6, 2016 at 2:00p.m. for the instant case, and because Plaintiff's attorney has a previously-scheduled deposition in Nevada in another case scheduled on July 6, Plaintiff also requests that the July 6 hearing date be vacated and that the preliminary pretrial conference on July 5 address all three cases. The plaintiffs in Case No. 2:15-cv-02563 and 2:15-cv-02564 are represented by the same attorney, Mr. Clifford Bendau. Mr. Bendau has been consulted about this motion and does not oppose it.  The Defendants in this case and in Case No. 2:15-cv-02563 and 2:15-cv-02564 are represented by the same attorney, Mr. Laurent Badoux. Mr. Badoux has been consulted about this motion and does not oppose it.

RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona  85718
Telephone: (520) 792-4800

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 42(a) of the Federal Rules of Civil Procedure permits the Court to consolidate cases which, in the Court's judgment, involve common questions of law or fact. See Fed. R. Civ. P. 42(a). The Court has "broad discretion" under Rule 42(a) "to consolidate cases pending in the same district." *Inv'rs Research Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal*., 877 F.2d 777, 777 (9th Cir. 1989). In exercising this discretion, the Court "balance[s] the interest of judicial convenience against the potential for delay, confusion and prejudice that may result from such consolidation." *Sapiro v. Sunstone Hotel Inv'rs, L.L.C*., No. CV-03-1555-PHX-SRB, 2006 WL 898155, at *1 (D. Ariz. Apr. 4, 2006) (citations omitted). District courts generally take a favorable view of consolidation, especially in "[a]ctions involving the same parties." 9 Charles A. Wright & Arthur R. Miller, Federal Practice & Procedure §§ 2383, 2384 (2d ed. 1994).

The law and the facts in these cases meet the requirements set forth in Rule 42. Specifically, the cases each are in the same incipient stage, each seek to challenge the same employment policies and practices of the same defendants, each involve the same parties, witnesses, and attorneys, and each will require an identical legal determination regarding the underlying facts and relevant law. There is no potential for delay, confusion and prejudice. As such, the cases should be consolidated for all purposes pursuant to Rule 42 in the interest of judicial efficiency, including the scheduling of a preliminary pretrial conference. A preliminary pretrial conference has been scheduled on July 5, 2016 at 2:00p.m. for Case Nos. 2:15-cv-02563 and 2:15-cv-02564 and on July 6, 2016 at 2:00p.m. for the instant case. Plaintiff therefore requests that the July 6 hearing date be vacated and that the preliminary pretrial conference on July 5 address all three cases.

DATED this 21st day of June, 2016.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

**/s/ P. Andrew Sterling**
P. Andrew Sterling
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2016, a copy of the foregoing was been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

> Laurent Badoux, Esq.
> Greenberg Traurig, LLP
> 2375 East Camelback Road, Ste. 700
> Phoenix, AZ 85016
> *Attorneys for Defendants*

A copy was also transmitted via U.S. Mail to:

> Clifford Bendau, Esq.
> The Bendau Law Firm, PLLC
> 6350 E. Thomas Road, #330
> Scottsdale, AZ 85251
> *Attorney for* Plaintiffs
> in Case No. 2:15-cv-02566 and 2:15-cv-02564

*/s/ Sharon Waller*

**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800